UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. SAAVEDRA,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTT KERNAN, et al.,<br><br>          Defendants. | No.  2:13-cv-01499-KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  However, plaintiff has paid only a portion of the required filing fee ($350.00); a $50.00 administrative fee is also required.  Plaintiff will be granted thirty days to pay the remainder of the filing fee ($50.00), or to submit a properly completed application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a).

Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.  Should plaintiff be accorded in forma pauperis status, his initial fee will be returned.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within 21 days from the date of this order, either the remaining $50.00 administrative fee, or a properly completed application to proceed in forma pauperis on

1 the form provided with this order; plaintiff is cautioned that failure to comply with this order or
2 seek an extension of time to do so will result in dismissal of this action without prejudice; and
3     2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma
4 Pauperis By a Prisoner for use in a civil rights action.
5 Dated: September 9, 2013

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

saav1499.3a.mod