UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. SAAVEDRA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　　　Defendants. | No. 2:13-cv-01499-KJN P<br><br><br><br>ORDER |

For good cause shown, IT IS HEREBY ORDERED that plaintiff's motion for leave to provisionally exclude pertinent exhibits from his complaint, due to their length (nearly 400 pages) (ECF No. 2), is GRANTED. As plaintiff correctly notes, "[i]f the court, after reviewing the complaint, should require said exhibits for further clarification or plausibility or for fair notice of his claims, plaintiff does possess such exhibits and can/will make them available to the court upon request." (ECF No. 2 at 1.) The court will consider this option upon reviewing, in due course, the merits of plaintiff's 67-page complaint. 28 U.S.C. § 1915A.

　　　　SO ORDERED.

Dated: December 10, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/saav1499.ord.exh.

1