UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. SAAVEDRA, | No. 2:13-cv1499 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On June 9, 2014, the instant action was transferred to the Fresno Division and assigned Case No. 1:14-cv-0870. (ECF No. 9.) On June 27, 2014, plaintiff filed a motion for reconsideration, asking that his case remain in the Sacramento Division. (ECF No. 10.) On July 7, 2014, plaintiff filed an amended motion for reconsideration. (ECF No. 11.)

On July 7, 2014, plaintiff filed the same motion for reconsideration in the Fresno Division, Case No. 1:14-cv-0870 GSA P. On July 9, 2014, the Fresno Division court construed plaintiff's motion as filed under Rule 60(b) of the Federal Rules of Civil Procedure, and denied the motion for reconsideration, finding that sufficient facts supported the transfer, and the transfer was appropriate under 28 U.S.C. § 1391(b). (Id., ECF No. 13.)

////

1

1  The undersigned finds the reasoning of the July 9, 2014 order persuasive, and denies
2  plaintiff's motion for reconsideration on that basis.
3  This civil rights action was closed on June 9, 2014.  Plaintiff is advised that documents
4  filed by plaintiff since the closing date will be disregarded and no orders will issue in response to
5  future filings.
6  Accordingly, IT IS HEREBY ORDERED that plaintiff's amended motion for
7  reconsideration (ECF No. 11) is denied.
8  Dated:  December 9, 2014

10  /saav1499.851

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2